```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

DANNY WILSON,
MDOC Inmate No. 199858                                PETITIONER

v.                       CIVIL ACTION NO. 5:22-cv-69-DCB-BWR

COMMISSIONER BURL CAIN                                RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2254 is dismissed with prejudice, and final judgment is entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 7th day of September 2023.

                              /s/ David Bramlette
                         UNITED STATES DISTRICT JUDGE